**Dismissed and Opinion Filed July 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00731-CV

## IN THE INTEREST OF R.A. JR AND S.Y.A., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-18862**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

By letter filed July 17, 2018, appellant informs us she no longer wishes to pursue her appeal. We construe the letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180731F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF R.A. JR AND
S.Y.A., CHILDREN

No. 05-18-00731-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-18862.
Opinion delivered by Justice Bridges,
Justices Brown and Boatright participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 31, 2018.